# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:23-cv-00456-CEM-LHP

KYM-MARIE BARRINGTON-MILLER,

    Plaintiff,

vs.

SANFORD RETAIL, LLC, et al.,

    Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT FRIENDLY'S PIZZA NEW YORK STYLE, LLC

Plaintiff KYM-MARIE BARRINGTON-MILLER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendant, FRIENDLY'S PIZZA NEW YORK STYLE, LLC.

Respectfully submitted this 3rd day of May 2023.

                By: /S/Sara Howeller, Esq._____
                    Sara Howeller, Esq.
                    Florida Bar Number 847100
                    Attorney for Plaintiff
                    The Law Offices of Sara Howeller
                    1732 Ronald Reagan Blvd
                    Longwood, Florida 32750
                    Telephone: 407-977-7822
                    Facsimile: 844-300-7287
                    Email: DHoweller@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of May 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By: /S/Sara Howeller, Esq._____
      Sara Howeller, Esq.
      Florida Bar Number 847100
      Attorney for Plaintiff
      The Law Offices of Sara Howeller
      1732 Ronald Reagan Blvd
      Longwood, Florida 32750
      Telephone: 407-977-7822
      Facsimile: 844-300-7287
      Email: DHoweller@gmail.com